IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY MUNN, Individually, )
 )
    Plaintiff, )
 )
v. )
 ) CASE NO. CV418-223
BRYTAN CORP., a domestic )
corporation, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and its claims against Defendant are **DISMISSED WITH PREJUDICE**. Except as otherwise decided between the parties in settlement, each party is to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of December 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA